```
                  IN THE UNITED STATES BANKRUPTCY COURT
                        WESTERN DISTRICT OF OKLAHOMA


IN RE:                            CHAPTER 13

DELBERT DEAN & BARBARA JANE BROOKS
701 E DAVIS
TIPTON, OK                        CASE NO. 10-15918 NLJ
73570


--------------------------------------------------------------------
                         NOTICE OF CLAIMS FILED
--------------------------------------------------------------------

    NOTICE IS HEREBY GIVEN by the Chapter 13 Trustee of claims filed with
    the Court and entered by the Chapter 13 Trustee and of claims
    scheduled but not filed.

--------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                      CLASSIFICATION
--------------------------------------------------------------------

ACCOUNT RESOLUTION COR     CLAIM AMT:         .00   NOT FILED
12855 TESSON FERRY ROAD    SCH'D AMT:    1,502.00   MO PYMT: $          .00
ST LOUIS, MO               INT RATE :         .00 % ACCT:1496
 63128                                              COMM:
--------------------------------------------------------------------


ACCOUNTS MANAGEMENT SERVI  CLAIM AMT:         .00   NOT FILED
PO BOX 973                 SCH'D AMT:      162.72   MO PYMT: $          .00
COLUMBIA, MO               INT RATE :         .00 % ACCT:9030
 65205-0973                                         COMM:
--------------------------------------------------------------------


ACCOUNTS MANAGEMENT SERVI  CLAIM AMT:         .00   NOT FILED
515 N COLLEGE AVEN         SCH'D AMT:      162.00   MO PYMT: $          .00
COLUMBIA, MO               INT RATE :         .00 % ACCT:9030
 65205                                              COMM:
--------------------------------------------------------------------


ALLIANCE ONE               CLAIM AMT:         .00   NOT FILED
1684 WOODLANDS DR          SCH'D AMT:         .00   MO PYMT: $          .00
MAUMEE, OH                 INT RATE :         .00 % ACCT:4153
 43537                                              COMM:NTC ONLY
--------------------------------------------------------------------


ALLIED DATA CORP           CLAIM AMT:         .00   NOT FILED
PO BOX 4115                SCH'D AMT:      221.58   MO PYMT: $          .00
CONCORD, CA                INT RATE :         .00 % ACCT:7542
 94524                                              COMM:
--------------------------------------------------------------------
```

```
------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                      CLASSIFICATION
------------------------------------------------------------------

ALLIED INTERSTATE           CLAIM AMT:           .00   NOT FILED
3000 CORPORATE EXCHANGE D   SCH'D AMT:     17,224.18   MO PYMT: $           .00
COLUMBUS, OH                INT RATE :           .00 % ACCT:4764
  43231                                                COMM:
------------------------------------------------------------------


AMERICAN INFOSOURCE         CLAIM AMT:      4,026.14   UNSECURED CREDITOR
% WORLD FINANCIAL CAPITAL   SCH'D AMT:      4,026.00   MO PYMT: $           .00
PO BOX 248872               INT RATE :           .00 % ACCT:5356
OKLAHOMA CITY, OK 73124                                COMM:WFCB/HSN
------------------------------------------------------------------


AMERICAN INFOSOURCE         CLAIM AMT:        160.92   UNSECURED CREDITOR
WORLD FINANCIAL NETWORK N   SCH'D AMT:           .00   MO PYMT: $           .00
PO BOX 248872               INT RATE :           .00 % ACCT:0203
OKLAHOMA CITY, OK 73124                                COMM:WOMAN WITHIN
------------------------------------------------------------------


AMERICAN OPEN MRI ALTUS     CLAIM AMT:           .00   NOT FILED
1116 N MAIN STREET SUITE    SCH'D AMT:      1,400.00   MO PYMT: $           .00
ALTUS, OK                   INT RATE :           .00 % ACCT:3447
  73521                                                COMM:
------------------------------------------------------------------

                                                       SURRENDERED COLLATERAL
BAC HOME LOANS SERVICE      CLAIM AMT:           .00   NOT FILED
450 AMERICAN ST             SCH'D AMT:    177,112.82   MO PYMT: $           .00
SIMI VALLEY, CA             INT RATE :           .00 % ACCT:8921
  93065                                                COMM:MTG
------------------------------------------------------------------


BANK OF AMERICA             CLAIM AMT:           .00   NOT FILED
PO BOX 15026                SCH'D AMT:           .00   MO PYMT: $           .00
WILMINGTON, DE              INT RATE :           .00 % ACCT:2497
  19850                                                COMM:
------------------------------------------------------------------


BANK OF AMERICA MBNA        CLAIM AMT:           .00   NOT FILED
PO BOX 15026                SCH'D AMT:           .00   MO PYMT: $           .00
WILMINGTON, DE              INT RATE :           .00 % ACCT:9574
  19850                                                COMM:NTC ONLY
------------------------------------------------------------------
```

```
-----------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                         CLASSIFICATION
-----------------------------------------------------------------------

BANK OF AMERICA NA       CLAIM AMT:           .00   NOT FILED
PO BOX 26012 NC4-105-02-7 SCH'D AMT:     17,224.00  MO PYMT: $         .00
GREENSBORO, NC           INT RATE :          .00 %  ACCT:8941
 27410                                              COMM:
-----------------------------------------------------------------------


BARCLAYS BANK DELAWARE   CLAIM AMT:           .00   NOT FILED
PO BOX 8833              SCH'D AMT:           .00   MO PYMT: $         .00
WILMINGTON, DE           INT RATE :          .00 %  ACCT:5533
 19899                                              COMM:
-----------------------------------------------------------------------


BAY AREA CREDIT SERVICE L CLAIM AMT:          .00   NOT FILED
1901 W 10TH ST           SCH'D AMT:        108.00   MO PYMT: $         .00
ANTIOCH, CA              INT RATE :          .00 %  ACCT:0982
 94509                                              COMM:
-----------------------------------------------------------------------


BERLIN WHEELER INC       CLAIM AMT:           .00   NOT FILED
711 W MCCARTY            SCH'D AMT:      1,502.00   MO PYMT: $         .00
JEFFERSON CITY, MO       INT RATE :          .00 %  ACCT:0395
 65101                                              COMM:
-----------------------------------------------------------------------


BONDED COLLECTIONS CORP  CLAIM AMT:           .00   NOT FILED
29 E MADISON STREET SUITE SCH'D AMT:          .00   MO PYMT: $         .00
CHICAGO, IL              INT RATE :          .00 %  ACCT:8037
 60602                                              COMM:NTC ONLY
-----------------------------------------------------------------------

                                                    SURRENDERED COLLATERAL
CAMDEN COUNTY COLLECTOR  CLAIM AMT:           .00   NOT FILED
1 COURT CIR              SCH'D AMT:        866.02   MO PYMT: $         .00
CAMDENTON, MO            INT RATE :          .00 %  ACCT:2501
 65020                                              COMM:TAXES
-----------------------------------------------------------------------

                                                    SURRENDERED COLLATERAL
CAMDEN COUNTY COLLECTOR  CLAIM AMT:           .00   NOT FILED
1 COURT CIR              SCH'D AMT:        112.92   MO PYMT: $         .00
CAMDENTON, MO            INT RATE :          .00 %  ACCT:
 65020                                              COMM:TAXES
-----------------------------------------------------------------------
```

```
------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                         CLASSIFICATION
------------------------------------------------------------------

CANDICA LLC               CLAIM AMT:   11,165.47   UNSECURED CREDITOR
% WEINSTEIN & RILEY       SCH'D AMT:   11,165.00   MO PYMT: $        .00
PO BOX 3978               INT RATE :        .00 % ACCT:0325
SEATTLE, WA 98124                                  COMM:FIA/BANK OF AME
------------------------------------------------------------------


CANDICA LLC               CLAIM AMT:      493.03   UNSECURED CREDITOR
% WEINSTEIN & RILEY       SCH'D AMT:      493.00   MO PYMT: $        .00
PO BOX 3978               INT RATE :        .00 % ACCT:5525
SEATTLE, WA 98124                                  COMM:BARCLAYS
------------------------------------------------------------------


CANDICA LLC               CLAIM AMT:         .00   NOT FILED
% WEINSTEIN & RILEY       SCH'D AMT:         .00   MO PYMT: $        .00
2001 WESTERN AVENUE STE 4 INT RATE :        .00 % ACCT:
SEATTLE, WA 98121                                  COMM:NOTICE ONLY
------------------------------------------------------------------


CAPITAL MANAGEMENT SERVIC CLAIM AMT:         .00   NOT FILED
726 EXCHANGE STREET       SCH'D AMT:         .00   MO PYMT: $        .00
BUFFALO, NY               INT RATE :        .00 % ACCT:
 14210                                             COMM:NTC ONLY
------------------------------------------------------------------


CCA                       CLAIM AMT:         .00   NOT FILED
PO BOX 296                SCH'D AMT:         .00   MO PYMT: $        .00
NORWELL, MA               INT RATE :        .00 % ACCT:5395
 02061-0329                                        COMM:EOS/NTC ONLY
------------------------------------------------------------------


CENTRAL BANK              CLAIM AMT:    2,599.61   VEHICLE
PO BOX 779                SCH'D AMT:    2,806.00   MO PYMT: $        .01
JEFFERSON CITY, MO        INT RATE :       8.00 % ACCT:8314
 65102                                             COMM:06 FORD F150
------------------------------------------------------------------


CENTRAL STATES            CLAIM AMT:         .00   NOT FILED
PO BOX 3130               SCH'D AMT:         .00   MO PYMT: $        .00
HUTCHINSON, KS            INT RATE :        .00 % ACCT:4114
 67504                                             COMM:NTC ONLY
------------------------------------------------------------------
```

```
------------------------------------------------------------------------
 NAME/ADDRESS FOR CREDITOR                          CLASSIFICATION
------------------------------------------------------------------------

 CENTRAL STATES           CLAIM AMT:          .00   NOT FILED
 PO BOX 3130              SCH'D AMT:        56.40   MO PYMT: $         .00
 HUTCHINSON, KS           INT RATE :          .00 % ACCT:3934
  67504                                             COMM:
------------------------------------------------------------------------


 CHASE                    CLAIM AMT:          .00   NOT FILED
 PO BOX 15298             SCH'D AMT:          .00   MO PYMT: $         .00
 WILMINGTON, DE           INT RATE :          .00 % ACCT:5421
  19850-5298                                        COMM:NTC ONLY
------------------------------------------------------------------------


 CHASE BANK USA NA        CLAIM AMT:       792.41   UNSECURED CREDITOR
 PO BOX 15145             SCH'D AMT:       792.00   MO PYMT: $         .00
 WILMINGTON, DE           INT RATE :          .00 % ACCT:4442
  19850                                             COMM:
------------------------------------------------------------------------


 CHRISTI HANCOCK          CLAIM AMT:          .00   NOT FILED
 980 A E US HWY 54        SCH'D AMT:       135.00   MO PYMT: $         .00
 CAMDENTON, MO            INT RATE :          .00 % ACCT:570
  63128                                             COMM:ABSOLUTE POSTUR
------------------------------------------------------------------------


 CLIENT SERVICES          CLAIM AMT:          .00   NOT FILED
 3451 HARRY S TRUMAN      SCH'D AMT:          .00   MO PYMT: $         .00
 ST CHARLES, MO           INT RATE :          .00 % ACCT:4674
  63301                                             COMM:NTC ONLY
------------------------------------------------------------------------


 CLIENT SERVICES          CLAIM AMT:          .00   NOT FILED
 3451 HARRY S TRUMAN      SCH'D AMT:          .00   MO PYMT: $         .00
 ST CHARLES, MO           INT RATE :          .00 % ACCT:5919
  63301                                             COMM:NTC ONLY
------------------------------------------------------------------------


 CLIENT SERVICES          CLAIM AMT:          .00   NOT FILED
 3451 HARRY S TRUMAN      SCH'D AMT:          .00   MO PYMT: $         .00
 ST CHARLES, MO           INT RATE :          .00 % ACCT:5866
  63301                                             COMM:NTC ONLY
------------------------------------------------------------------------
```

```
------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                        CLASSIFICATION
------------------------------------------------------------------

CONSUMER ADJ              CLAIM AMT:         .00   NOT FILED
12855 TESSON FERRY STE 20 SCH'D AMT:    1,006.00   MO PYMT: $       .00
SAINT LOUIS, MO           INT RATE :       .00 %   ACCT:4312
 63128                                             COMM:
------------------------------------------------------------------

CONSUMER ADJ              CLAIM AMT:         .00   NOT FILED
12855 TESSON FERRY STE 20 SCH'D AMT:      561.00   MO PYMT: $       .00
SAINT LOUIS, MO           INT RATE :       .00 %   ACCT:5355
 63128                                             COMM:
------------------------------------------------------------------

CONSUMER COLLECTION       CLAIM AMT:      575.50   UNSECURED CREDITOR
2333 GRISSOM DR           SCH'D AMT:      575.00   MO PYMT: $       .00
SAINT LOUIS, MO           INT RATE :       .00 %   ACCT:6214
 63146                                             COMM:
------------------------------------------------------------------

CPS SECURITY              CLAIM AMT:         .00   NOT FILED
PO BOX 782408             SCH'D AMT:       42.91   MO PYMT: $       .00
SAN ANTONIO, TX           INT RATE :       .00 %   ACCT:4248
 78278                                             COMM:
------------------------------------------------------------------

CREDITORS FINANCIAL CORP  CLAIM AMT:         .00   NOT FILED
PO BOX 440290             SCH'D AMT:         .00   MO PYMT: $       .00
AURORA, CO                INT RATE :       .00 %   ACCT:9A45
 80044-0290                                        COMM:NTC ONLY
------------------------------------------------------------------

DISCOVER                  CLAIM AMT:         .00   NOT FILED
PO BOX 15156              SCH'D AMT:         .00   MO PYMT: $       .00
WILMINGTON, DE            INT RATE :       .00 %   ACCT:9485
 19850-5156                                        COMM:
------------------------------------------------------------------

DISCOVER FINANCIAL SERVIC CLAIM AMT:    8,425.27   UNSECURED CREDITOR
PO BOX 3025               SCH'D AMT:    8,425.00   MO PYMT: $       .00
NEW ALBANY, OH            INT RATE :       .00 %   ACCT:2992
 43054                                             COMM:
------------------------------------------------------------------
```

```
------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                        CLASSIFICATION
------------------------------------------------------------------

ECAST SETTLEMENT CORP    CLAIM AMT:   28,425.59   UNSECURED CREDITOR
PO BOX 29262             SCH'D AMT:   28,425.00   MO PYMT: $        .00
NEW YORK, NY             INT RATE :        .00 % ACCT:7947
  10087                                           COMM:CHASE BANK USA
------------------------------------------------------------------

ECAST SETTLEMENT CORP    CLAIM AMT:    3,825.12   UNSECURED CREDITOR
PO BOX 29262             SCH'D AMT:    3,825.00   MO PYMT: $        .00
NEW YORK, NY             INT RATE :        .00 % ACCT:1214
  10087                                           COMM:CHASE BANK USA
------------------------------------------------------------------

GE MONEY BANK            CLAIM AMT:      152.67   UNSECURED CREDITOR
% RECOVERY MNGMNT SYSTEMS SCH'D AMT:     122.00   MO PYMT: $        .00
25 SE 2ND AVENUE, SUITE 1 INT RATE :        .00 % ACCT:5566
MIAMI, FL 33131                                   COMM:PAYPAL
------------------------------------------------------------------

GEMB HOMESHOPPING        CLAIM AMT:         .00   NOT FILED
PO BOX 981400            SCH'D AMT:        1.00   MO PYMT: $        .00
EL PASO, TX              INT RATE :        .00 % ACCT:3299
  79998                                           COMM:
------------------------------------------------------------------

GREAT PLAINS REGIONAL HOS CLAIM AMT:     470.00   UNSECURED CREDITOR
PO BOX 2339              SCH'D AMT:      470.00   MO PYMT: $        .00
ELK CITY, OK             INT RATE :        .00 % ACCT:6214
  73648                                           COMM:
------------------------------------------------------------------

HEART AND VASCULAR CENTER CLAIM AMT:        .00   NOT FILED
3106 NW ARLINGTON AVENUE SCH'D AMT:      500.00   MO PYMT: $        .00
LAWTON, OK               INT RATE :        .00 % ACCT:8838
  73505                                           COMM:
------------------------------------------------------------------

INTEGRITY FINANCIAL      CLAIM AMT:         .00   NOT FILED
4370 W 109TH ST          SCH'D AMT:         .00   MO PYMT: $        .00
OVERLAND PARK, KS        INT RATE :        .00 % ACCT:8639
  66211                                           COMM:NTC ONLY
------------------------------------------------------------------
```

```
------------------------------------------------------------------
 NAME/ADDRESS FOR CREDITOR                       CLASSIFICATION
------------------------------------------------------------------

 INTERNAL REVENUE SERVICE   CLAIM AMT:    3,178.85   PRIORITY CREDITOR
 DPN-781                    SCH'D AMT:    3,000.00   MO PYMT: $        .00
 PO BOX 21125               INT RATE :        .00 % ACCT:5693 6214 0564
 PHILADELPHIA, PA 19114                              COMM:12/08 WT-FICA
------------------------------------------------------------------

 INTERNAL REVENUE SERVICE   CLAIM AMT:    1,012.28   UNSECURED CREDITOR
 DPN-781                    SCH'D AMT:         .00   MO PYMT: $        .00
 PO BOX 21125               INT RATE :        .00 % ACCT:5693 6214 0564
 PHILADELPHIA, PA 19114                              COMM:PENALTY
------------------------------------------------------------------

 INTERNAL REVENUE SERVICE   CLAIM AMT:         .00   NOT FILED
 PO BOX 21126               SCH'D AMT:         .00   MO PYMT: $        .00
 PHILADELPHIA, PA           INT RATE :        .00 % ACCT:
  19114                                              COMM:NOTICE ONLY
------------------------------------------------------------------

 JACOBS MARSH LLC           CLAIM AMT:         .00   NOT FILED
 5500 MAIN ST               SCH'D AMT:    5,806.00   MO PYMT: $        .00
 WILLIAMSVILLE, NY          INT RATE :        .00 % ACCT:3486
  14221                                              COMM:
------------------------------------------------------------------

 JOSEPH P GAPPA             CLAIM AMT:         .00   NOT FILED
 ASSISTANT GENERAL COUNSEL  SCH'D AMT:         .00   MO PYMT: $        .00
 120 N ROBINSON STE 2000W   INT RATE :        .00 % ACCT:OTC
 OKLAHOMA CITY, OK 73102                             COMM:NOTICE ONLY
------------------------------------------------------------------

 KCLQ/KLWT                  CLAIM AMT:         .00   NOT FILED
 18785 FINCH ROAD           SCH'D AMT:      313.73   MO PYMT: $        .00
 LEBANON, MO                INT RATE :        .00 % ACCT:
  65536                                              COMM:
------------------------------------------------------------------

 KOZENY & MCCUBBIN          CLAIM AMT:         .00   NOT FILED
 12400 OLIVE BLVD           SCH'D AMT:         .00   MO PYMT: $        .00
 ST LOUIS, MO               INT RATE :        .00 % ACCT:EBAC
  63141                                              COMM:NTC ONY
------------------------------------------------------------------
```

```
----------------------------------------------------------------
 NAME/ADDRESS FOR CREDITOR                    CLASSIFICATION
----------------------------------------------------------------

LAKE REGIONAL HEALTH SYST CLAIM AMT:     2,172.10   UNSECURED CREDITOR
% CACI                    SCH'D AMT:          .00   MO PYMT: $          .00
4121 UNION RD STE 201     INT RATE  :         .00 % ACCT:9429
ST LOUIS, MO 63129                                  COMM:
----------------------------------------------------------------


LAKE REGIONAL HEALTH SYST CLAIM AMT:       500.00   UNSECURED CREDITOR
% CACI                    SCH'D AMT:          .00   MO PYMT: $          .00
4121 UNION RD STE 201     INT RATE  :         .00 % ACCT:
ST LOUIS, MO 63129                                  COMM:
----------------------------------------------------------------


LAKES LIVER & DIGESTIVE H CLAIM AMT:          .00   NOT FILED
5816 HWY 54 PARKWAY CTR   SCH'D AMT:       127.01   MO PYMT: $          .00
OSAGE BEACH, MO           INT RATE  :         .00 % ACCT:6889
  65065                                             COMM:
----------------------------------------------------------------


MAINSTCORP                CLAIM AMT:          .00   NOT FILED
3950 JOHNS CREEK COURT #1 SCH'D AMT:    11,824.00   MO PYMT: $          .00
SUWANEE, GA               INT RATE  :         .00 % ACCT:2772
  30024                                             COMM:
----------------------------------------------------------------


MERCANTILE ADJUSTMENT BUR CLAIM AMT:          .00   NOT FILED
PO BOX 9016               SCH'D AMT:          .00   MO PYMT: $          .00
BUFFALO, NY               INT RATE  :         .00 % ACCT:3228
  14231                                             COMM:NTC ONLY
----------------------------------------------------------------


MIDLAND CREDIT MANAGEMENT CLAIM AMT:     5,461.23   UNSECURED CREDITOR
8875 AERO DRIVE STE 200   SCH'D AMT:     5,874.00   MO PYMT: $          .00
SAN DIEGO, CA             INT RATE  :         .00 % ACCT:9788/583316
  92123                                             COMM:CITIBANK
----------------------------------------------------------------


MIDLAND CREDIT MANAGEMENT CLAIM AMT:          .00   NOT FILED
PO BOX 660578             SCH'D AMT:          .00   MO PYMT: $          .00
LOS ANGELES, CA           INT RATE  :         .00 % ACCT:9788
  90060                                             COMM:NTC ONLY
----------------------------------------------------------------
```

```
------------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                           CLASSIFICATION
------------------------------------------------------------------------

MIDLAND CREDIT MGMT      CLAIM AMT:            .00   NOT FILED
PO BOX 939019            SCH'D AMT:       5,425.00   MO PYMT: $         .00
SAN DIEGO, CA            INT RATE :          .00 %   ACCT:9788
  92193                                              COMM:
------------------------------------------------------------------------


NATIONAL REGISTERED AGENT CLAIM AMT:           .00   NOT FILED
PO BOX 927               SCH'D AMT:         169.00   MO PYMT: $         .00
WEST WINDSOR, NJ         INT RATE :          .00 %   ACCT:6071
  08550                                              COMM:
------------------------------------------------------------------------


NATIONWIDE CREDIT INC    CLAIM AMT:            .00   NOT FILED
2015 VAUGHN RD NW STE 30 SCH'D AMT:            .00   MO PYMT: $         .00
KENNESAW, GA             INT RATE :          .00 %   ACCT:3921
  30144                                              COMM:NTC ONLY
------------------------------------------------------------------------


NCB MANAGEMENT SERVICE IN CLAIM AMT:           .00   NOT FILED
PO BOX 1099              SCH'D AMT:            .00   MO PYMT: $         .00
LANGHORNE, PA            INT RATE :          .00 %   ACCT:1919
  19047                                              COMM:NTC ONLY
------------------------------------------------------------------------


NCO FINANCIAL SYSTEMS    CLAIM AMT:            .00   NOT FILED
507 PRUDENTIAL ROAD      SCH'D AMT:       3,825.12   MO PYMT: $         .00
HORSHAM, PA              INT RATE :          .00 %   ACCT:2477
  19044                                              COMM:
------------------------------------------------------------------------


NORTHSTAR LOCATIONS SERVI CLAIM AMT:           .00   NOT FILED
4285 S GENESEE ST        SCH'D AMT:            .00   MO PYMT: $         .00
CHEEKTOUAGE, NY          INT RATE :          .00 %   ACCT:0858
  14225-1943                                         COMM:NTC ONLY
------------------------------------------------------------------------


NRC                      CLAIM AMT:            .00   NOT FILED
6491 PEACHTREE INDUSTRIAL SCH'D AMT:      4,026.14   MO PYMT: $         .00
ATLANTA, GA              INT RATE :          .00 %   ACCT:5356
  30360                                              COMM:
------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                         CLASSIFICATION
--------------------------------------------------------------------------

PNC BANK                 CLAIM AMT:      3,450.09   UNSECURED CREDITOR
PO BOX 94982             SCH'D AMT:      3,450.00   MO PYMT: $          .00
CLEVELAND, OH            INT RATE :           .00 % ACCT:9354
  44101                                             COMM:NATIONAL CITY B
--------------------------------------------------------------------------


PORTFOLIO RECOVERY ASSOC CLAIM AMT:      6,021.33   UNSECURED CREDITOR
PO BOX 12914             SCH'D AMT:            .00  MO PYMT: $          .00
NORFOLK, VA              INT RATE :           .00 % ACCT:7621
  23541                                             COMM:CITIBANK
--------------------------------------------------------------------------


PORTFOLIO RECOVERY ASSOCI CLAIM AMT:           .00  NOT FILED
PO BOX 41067             SCH'D AMT:            .00  MO PYMT: $          .00
NORFOLK, VA              INT RATE :           .00 % ACCT:
  23541                                             COMM:NOTICE ONLY
--------------------------------------------------------------------------


PRAXIS FINANCIAL         CLAIM AMT:            .00  NOT FILED
7331 N LINCOLN AVE       SCH'D AMT:     11,596.58   MO PYMT: $          .00
LINCOLNWOOD, IL          INT RATE :           .00 % ACCT:2772
  60712                                             COMM:
--------------------------------------------------------------------------


PROFESSIONAL RECOVERY SVC CLAIM AMT:           .00  NOT FILED
PO BOX 1880              SCH'D AMT:     11,165.47   MO PYMT: $          .00
VOORHEES, NJ             INT RATE :           .00 % ACCT:4990
  08043                                             COMM:
--------------------------------------------------------------------------


RBS WORLD PAY            CLAIM AMT:            .00  NOT FILED
600 MORGAN FALLS         SCH'D AMT:            .00  MO PYMT: $          .00
ATLANTA, GA              INT RATE :           .00 % ACCT:6767
  30350                                             COMM:NTC ONLY
--------------------------------------------------------------------------


SEARS/CBSD               CLAIM AMT:            .00  NOT FILED
701 E 60TH ST N          SCH'D AMT:      5,298.00   MO PYMT: $          .00
SIOUX FALLS, SD          INT RATE :           .00 % ACCT:3588
  57117                                             COMM:
--------------------------------------------------------------------------
```

```
--------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                         CLASSIFICATION
--------------------------------------------------------------------

SOUTHWESTERN BELL TELEPHO CLAIM AMT:      108.25   UNSECURED CREDITOR
% AT&T ATTY JAMES GRUDUS   SCH'D AMT:         .00  MO PYMT: $         .00
ONE AT&T WAY ROOM 3A218    INT RATE :         .00 % ACCT:5733454422212
BEDMINSTER, NJ 07921                              COMM:
--------------------------------------------------------------------


STEPHEN BRUCE & ASSOCIATE CLAIM AMT:          .00  NOT FILED
PO BOX 808                SCH'D AMT:     5,806.59  MO PYMT: $         .00
EDMOND, OK                INT RATE :          .00 % ACCT:2803
 73083                                            COMM:
--------------------------------------------------------------------


TETON ANESTHESIA LTD      CLAIM AMT:          .00  NOT FILED
PO BOX 48483              SCH'D AMT:       402.00  MO PYMT: $         .00
WICHITA, KS               INT RATE :          .00 % ACCT:4114
 67201                                            COMM:
--------------------------------------------------------------------

                                                   OUTSIDE PLAN
TILLMAN COUNTY TREASURER  CLAIM AMT:          .00  NOT FILED
PO BOX 986                SCH'D AMT:       241.71  MO PYMT: $         .00
FREDERICK, OK             INT RATE :          .00 % ACCT:
 73542                                            COMM:TAXES
--------------------------------------------------------------------


US BANK                   CLAIM AMT:     1,551.95  UNSECURED CREDITOR
PO BOX 5229               SCH'D AMT:     1,705.00  MO PYMT: $         .00
CINCINNATI, OH            INT RATE :          .00 % ACCT:0083
 45201                                            COMM:
--------------------------------------------------------------------


US BANK RMS               CLAIM AMT:          .00  NOT FILED
CB DISPUTES               SCH'D AMT:          .00  MO PYMT: $         .00
ST LOUIS, MO              INT RATE :          .00 % ACCT:2739
 63116                                            COMM:NTC ONLY
--------------------------------------------------------------------


VIKING COLLECTION SERVICE CLAIM AMT:          .00  NOT FILED
PO BOX 59207              SCH'D AMT:          .00  MO PYMT: $         .00
MINNEAPOLIS, MN           INT RATE :          .00 % ACCT:9705
 55459                                            COMM:NCT ONLY
--------------------------------------------------------------------
```

```
------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                        CLASSIFICATION
------------------------------------------------------------------

WELTMAN, WEINBERG & REIS   CLAIM AMT:       .00   NOT FILED
323 W LAKESIDE AVE 2ND FL  SCH'D AMT:       .00   MO PYMT: $         .00
CLEVELAND, OH              INT RATE :       .00 % ACCT:6895
  44113                                           COMM:NTC ONLY
------------------------------------------------------------------
```

    Pursuant to 11 U.S.C. Section 502, the claims which have been filed as stated above are deemed allowed for purposes of distribution and will be paid in accordance with the Order Confirming Chapter 13 Plan and any other relevant Court Orders.  Such distributions will be made by the Trustee from available funds unless and until the debtor or other interested party files with the Court an Objection to Claim and Notice of Opportunity for Hearing, and serves it upon the Chapter 13 Trustee and the creditor whose claim is being objected to.

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101

I herein certify that a copy of this notice was served upon the debtor(s) on this date by regular U.S. mail postage prepaid at their address as appears below.

DELBERT DEAN & BARBARA JANE BROOKS
701 E DAVIS
TIPTON, OK
73570


DATED: 03/10/2011

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE

#608/TJ